IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON GARY SCHNABEL,

    Petitioner,     No. 2:08-cv-1514 JFM (HC)

  vs.

MICHAEL S. EVANS, Warden,

    Respondent.     ORDER

_____/

    Petitioner, a state prisoner proceeding through counsel, has filed a document styled "Suggestion for Substitution of Party." By this document, petitioner suggests substitution of Michael S. Evans, the Warden of Salinas Valley State Prison, in place of Brian Gunn. Good cause appearing, IT IS HEREBY ORDERED that Michael S. Evans, Warden, is hereby substituted in as respondent in place of Brian Gunn.

DATED: August 8, 2008.

                                    UNITED STATES MAGISTRATE JUDGE

12
schn1514.sub

1