IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON GARY SCHNABEL,

      Petitioner,                  No. 2:08-cv-1514 JFM   (HC)

   vs.

BRIAN GUNN, Warden,

      Respondent.             ORDER

_____/

      Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 4, 2008, respondent filed an application for a thirty-day extension of time to file answer to the petition. Petitioner has filed a statement of non-opposition to the application.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Respondent's September 4, 2008 request for extension of time is granted;

      2. Respondent is granted thirty days from the date of this order in which to file an answer to petitioner's application; and

/////

/////

/////

1

3. Petitioner's traverse shall be filed thirty days thereafter.

DATED: September 8, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
schn1514.ext