IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JON GARY SCHNABEL,** | 2:08-cv-1514 JFM (HC) |
| Petitioner, | |
| v. | **ORDER** |
| **BRIAN GUNN, Warden,** | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 3, 2008, respondent filed an application for a second extension of time to file an answer to the petition pursuant to this court's July 21, 2008 order. On the same day, petitioner filed a statement of non-opposition to the request. Therein, petitioner requests that no further extensions of time be granted.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. Respondent's October 3, 2008 application for an extension of time is granted;

2. On or before November 7, 2008, respondent shall file and serve an answer to the petition for writ of habeas corpus;

3. No further extensions of time to file an answer will be granted; and

/////

/////

Order

1    4. Petitioner's traverse is due thirty days after service of respondent's answer.

Dated: October 6, 2008.

/s/ John F. Moulds<br>
UNITED STATES MAGISTRATE JUDGE

12
schn1514.ext2

Order

2