IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON GARY SCHNABEL,<br><br>    Plaintiff,<br><br> vs.<br><br>MICHAEL S. EVANS, Warden,<br><br>    Defendant. | Case No.  2:08-cv-01514 (JKS)<br><br><br>ORDER |

  A Memorandum Decision in this case is pending; therefore, Plaintiff's Motion to Set Scheduling Conference at Docket No. 26 is **DENIED**.

  Dated: July 8, 2010.

                       /s/ James K. Singleton, Jr.
                       **JAMES K. SINGLETON, JR.**
                       United States District Judge